## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

WESTERN GRAPHICS (U.S.), INC.,
a Minnesota corporation,

       Plaintiff,

  v.

BARRY FIALA, INC. and POSAPAC, LLC,
Tennessee corporations,

       Defendants.

Case No. 04-4968 (PAM/JSM)

**ORDER OF DISMISSAL**

     The above-captioned case came before the Court on the stipulation of the parties to an order dismissing this action with prejudice and on the merits.  [Docket No. 75]

     Based on the stipulation of the parties, and all the other files, records, and proceedings herein,

     IT IS HEREBY ORDERED that the plaintiff's claims against defendants are hereby DISMISSED in their entirety, on the merits and with prejudice.  The parties shall each bear their own costs and attorneys' fees.

     SO ORDERED.

Dated:  April 10 , 2007

     s/Paul A. Magnuson
     The Honorable Paul A. Magnuson
     United States District Judge